**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7087**

---

MELVIN MURTIS AUSTIN,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; UNITED STATES DE-
PARTMENT OF JUSTICE; BUREAU OF PRISONS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-00-198-5-F)

---

Submitted:  December 12, 2000        Decided:  December 28, 2000

---

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed as modified by unpublished per curiam opinion.

---

Melvin Murtis Austin, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
Local Rule 36(c).

PER CURIAM:

Melvin Murtis Austin appeals the district court's order dismissing his Federal Torts Claim Act complaint for failure to exhaust administrative remedies. Based on the information before the district court, the court properly dismissed the action for failure to exhaust. Accordingly, we affirm on the reasoning of the district court. Austin v. United States, No. CA-00-198-5-F (E.D.N.C. July 25, 2000). Because Austin may refile his action after exhaustion, we modify the dismissal to be without prejudice. 28 U.S.C. § 2106 (1994). We decline to consider in the first instance materials that may be proof of exhaustion that Austin attached to his informal brief filed in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED